IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANNY JOHNSON and LACEE JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>KEANE GROUP HOLDINGS, LLC d/b/a FRACKING AND DRILLING SERVICES, LLC; KEANE GROUP, INC., and SENECA RESOURCES COMPANY, LLC,<br><br>Defendants,<br><br>v.<br><br>PATRIK'S WATER HAULING (USA) LTD.<br><br>Third-Party Defendant. | No. 4:20-CV-00491<br><br>(Chief Judge Brann) |

## ORDER

MAY 3, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for summary judgment (Doc. 58) is **DENIED**.

2. A telephonic status conference call with counsel of record will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge